[No. 24540-6-I.  Division One.  March 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE GRIBBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00424-5, John E. Rutter, Jr., J., entered July 11, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 24968-1-I.  Division One.  March 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY BARTLETT JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00170-0, John F. Wilson, J., entered October 12, 1989. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Forrest, J.

[No. 25681-5-I.  Division One.  March 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MALACHI ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-05347-2, Anne L. Ellington, J., entered January 12, 1990. *Reversed* and *dismissed* by unpublished opinion per Webster, A.C.J., concurred in by Kennedy, J., Pekelis, J., dissenting. Withdrawn April 21, 1992.

[No. 28156-9-I.  Division One.  March 2, 1992.]

SKAGIT COUNTY, *Appellant*, v. JAMES SUMMERS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-2-00656-8, Gilbert E. Mullen, J., entered March 26, 1991. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Grosse, C.J., and Baker, J.